### STATE v. LILLEY.

No. 10903—Opinion Filed Oct. 28, 1919.

(Syllabus by the Court.)

### Habeas Corpus—When Release Granted.

Where the petitioner for writ of habeas corpus complies with the order made by the lower court, for the violation of which he was imprisoned, the action in this court will be dismissed.

Original action by W. E. Lambert for writ of habeas corpus. Action dismissed.

Walter Mathews, for petitioner.

Higgins & Berton, for respondent.

PER CURIAM. It having been made to appear that petitioner, W. E. Lambert, has complied with the order of the court, for violation of which he was imprisoned, a determination of the questions presented by his petition for writ of habeas corpus would serve no useful purpose.

The action is therefore dismissed.